UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. MYERS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. POSSON, et al.,<br><br>    Defendants. | Case No. 23-cv-01682-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Myers has not complied with my instructions to file an amended complaint. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Myers may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint that complies with the instructions in the order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 30, 2023


WILLIAM H. ORRICK
United States District Judge